IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**United States of America,**

    **Plaintiff,**

**v.**                                                           **Case No. 08-20137-JWL**

**Maurice Williams,**

    **Defendant.**

## MEMORANDUM & ORDER

On September 21, 2023, the court revoked defendant's supervised release after finding defendant in violation of the terms of his supervised release. The court sentenced defendant to a total term of twenty-four months imprisonment. On September 29, 2023, defendant filed a pro se notice of appeal with respect to the court's revocation judgment. On October 13, 2023, an attorney in the Office of the Federal Public Defender filed an entry of appearance for defendant.

Defendant has now filed a pro se motion for "request of legal proceeding(s) documents" in which he asks for copies of various documents and transcripts that he deems "necessary" to prepare a § 2255 petition and/or a motion for compassionate release pursuant to 18 U.S.C. § 3582(c). Because defendant is represented by counsel who has not signed the motion filed by defendant, the court declines to consider the motion. *United States v. Muhtorov*, 20 F.4th 558, 652 n.79 (10th Cir. 2021) (court is under no obligation to consider pro se motion filed by represented defendant).

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's motion for request of legal proceeding(s) documents (doc. 105) is **denied** without prejudice to refiling by defendant's counsel if counsel deems appropriate.

IS SO ORDERED.

Dated this 27th day of October, 2023, at Kansas City, Kansas.

s/John W. Lungstrum
HON. JOHN W. LUNGSTRUM
United States District Judge
